UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BERNARD LEWIS<br><br>vs.<br><br>DOW CHEMICAL CO. | ) Case Number: C 16-cv-06165-TEH<br>)<br>) STIPULATION RE: SCHEDULING OF<br>) CASE MANAGEMENT CONFERENCE<br>) AND ADR PHONE CONFERENCE<br>) |

The parties to the above-entitled action jointly submit this STIPULATION to continue the case management conference in this action currently set for January 23, 2017 at 1:30pm, until January 30, 2017, at 1:30pm. The parties further stipulate to continue the ADR phone conference from January 13, 2017 at 2:00pm to January 27, 2017 at 2:00 pm. This stipulation is needed due to plaintiff's counsel previously-scheduled vacation from January 11 - 24, 2017. The parties have not previously asked for any continuances, and this request will not affect the trial date in any manner.

Dated: 1/9/17

_____
Counsel for Plaintiff BERNARD LEWIS

Dated: 1/9/17

_____
Counsel for Defendant DOW CHEMICAL

Page 1 of 2

APPROVED:

Dated: 1/11/2017

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE