United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **BERNARD LEWIS,** | CASE NO. 16-cv-06165-YGR |
| Plaintiff**,** | |
| vs. | **ORDER TO SHOW CAUSE** |
| | Re: Dkt. No. 39 |
| **DOW CHEMICAL CORPORATION,** | |
| Defendant**.** | |

The Court is in receipt of the parties' joint discovery letter brief. (Dkt. No. 39). Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Court should extend the discovery deadline in light of plaintiff's delay identified in defendant's portion of the letter.

No later than **Tuesday, February 20, 2018**, plaintiff must file a statement responding to this Order, not to exceed **seven pages**. Defendant's response to plaintiff's statement, which is not to exceed **four pages**, shall be due **Friday, February 23, 2018**.

**IT IS SO ORDERED.**

Dated: February 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**